# UNITED STATES DISTRICT COURT

### DISTRICT OF MARYLAND

CHAMBERS OF
**ANDRE M. DAVIS**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND  21201**
(410) 962-0801
FAX (410) 962-0820

November 12, 2002

**FILED** **ENTERED**
____ LODGED ____ **RECEIVED**

NOV 1 2 2002

CLERK U S DISTRICT COURT
DISTRICT OF MARYLAND

BY _____    **DEPUTY**

MEMORANDUM TO COUNSEL RE:

Sherman v. Cambridge Mutual Fire Ins. Co.
Civ. No. AMD 02-3201

I write in the interest of avoiding any misunderstanding and to make clear that although defendant has filed a motion for summary judgment (well in advance of the deadline for doing so), the scheduling order issued on October 3, 2002, remains fully in effect and it will be strictly enforced. Thus, I expect that discovery is proceeding apace.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc:  Court File