IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STEFEN and DEBRA A. SHERMAN, :
   Plaintiffs :
    :
v. : Civil No. AMD 02-3201
    :
CAMBRIDGE MUTUAL FIRE INS. CO., :
   Defendant :

...oOo...

MEMORANDUM

In this removed case here on the basis of diversity of citizenship, plaintiffs seek a recovery under a homeowners policy in consequence of a fire which significantly damaged the premises and its contents. Apparently, the defendant insurance company has paid one or more claims for damage to the dwelling; the parties dispute whether plaintiffs are entitled to recover for damage to contents. Defendant has filed a pre-discovery motion for summary judgment, suggesting that plaintiffs' claim is barred because they failed to comply with one or more terms of the policy in making a claim.

As I understand the opposition to the motion for summary judgment, plaintiffs appear to invoke the "substantial performance" doctrine, arguing as they do that defendant knew of plaintiffs' "intention to seek recovery for lost personal property." Maryland courts certainly invoke the doctrine in some cases. *See, e.g., Della Ratta, Inc. v. American Better Community Developers, Inc.*, 380 A.2d 627, 637-38 (Md.Ct.Sp.App. 1977)(substantial performance doctrine not applicable). Accordingly, the motion for summary judgment shall be denied without prejudice to defendant's right to renew its motion for summary judgment on the same or any additional grounds after the completion of discovery. An Order follows.

Filed: December 23, 2002

                                            ANDRÉ M. DAVIS
                                            United States District Judge