IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STEFEN SHERMAN, et al.,
    Plaintiffs

v.      Civil No. AMD 02-3201

CAMBRIDGE MUTUAL FIRE INS. CO.,
    Defendant

...oOo...

### ORDER

In accordance with the foregoing Memorandum, it is this 23rd day of December, 2002, by the United States District Court for the District of Maryland, ORDERED

(1) That the motion for summary judgment is DENIED WITHOUT PREJUDICE; and it is further ORDERED

(2) That the Clerk shall TRANSMIT a copy of this Order and the foregoing Memorandum to all counsel.

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

