## NILES, BARTON & WILMER, LLP
ATTORNEYS AT LAW
SUITE 1400
111 S. CALVERT STREET
BALTIMORE, MARYLAND 21202-6185

TELEPHONE 410-783-6300
FACSIMILE 410-783-6363

WEBSITE www.niles-law.com
WRITER'S DIRECT CONTACT

Lucinda E. Davis
Pennsylvania and Maryland

(410) 783-6390
Fax (410) 783-6410
ledavis@niles-law.com

January 30, 2003

The Honorable Andre M. Davis
United States District Court for the
District of Maryland, Northern Division
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201



RE:   *Stefen and Debra A. Sherman v. Cambridge Mutual Fire Ins. Co.*
      U.S. District Court for the District of Maryland, Case No. <u>AMD 02-3201</u>

Dear Judge Davis:

I am writing on behalf of the parties in the above-referenced case to request a one week extension of the discovery deadline in this case. Currently, discovery is to end on February 18, 2003, however due to scheduling issues, the first available date for the deposition of an out-of-state corporate designee for Defendant Cambridge Mutual is February 20, 2003. As a result, the parties request that the Court extend discovery and the submission of a status report until February 25, 2003.

We trust the Court will advise us if any further information is required.

Respectfully,

Lucinda E. Davis

cc:   David E. Carey, Esquire (via facsimile)

APPROVED THIS 3rd DAY OF FEB, 2003

ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE