IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

FEB 2 6 2003

**STEFEN SHERMAN and**     *
**DEBRA A. SHERMAN**
    *
        **Plaintiffs**
    *
v.
    *    Case No.  AMD 02-CV-3201
**CAMBRIDGE MUTUAL FIRE**
**INSURANCE COMPANY**     *

        **Defendant**     *

\*  \*  \*  \*  \*  \*  \*  \*

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Pro. 41 (a) (1) (ii), Plaintiffs Stefen and Debra Sherman, by their undersigned counsel and Defendant Cambridge Mutual Fire Insurance Company, by its undersigned counsel, do hereby stipulate to the dismissal of this action, with prejudice.

| | |
|---|---|
| /s/ David E. Carey | /s/ V. Timothy Bambrick |
| David E. Carey, Bar No. 6964 | V. Timothy Bambrick, Bar No. 1186 |
| Brown, Brown & Brown, P.A. | Niles, Barton and Wilmer |
| 200 South Main Street | 111 S. Calvert St., 14th Floor |
| Bel Air, Maryland  21014 | Baltimore, Maryland 21202 |
| (410) 879-2220 | (410) 783-6300 |
| Attorneys for Plaintiffs | Attorneys for Defendant |

Also /s/ Clucinder E. Davis # 26156

APPROVED
/s/
2/26/2003

**NILES, BARTON & WILMER, LLP**
ATTORNEYS AT LAW
SUITE 1400
111 S. CALVERT STREET
BALTIMORE, MARYLAND 21202-6185

TELEPHONE 410-783-6300
FACSIMILE 410-783-6363

WEBSITE www.niles-law.com
WRITER'S DIRECT CONTACT

Lucinda E. Davis
Maryland and Pennsylvania

(410) 783-6390
Fax (410) 783-6410
ledavis@niles-law.com

February 25, 2003

FEB 2 6 2003

Clerk,
United States District Court for the
  District of Maryland, Northern Division
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

RE: *Stefen and Debra A. Sherman v. Cambridge Mutual Fire Ins. Co.*
U.S. District Court for District of Maryland, Case No. <u>AMD-02-CV-3201</u>

Dear Clerk:

Enclosed please find an original and two copies of a Stipulation of Dismissal in the above-referenced case. Kindly file and return a date-stamped copy in the enclosed self-addressed stamped envelop.

Should you have any questions regarding this matter, please do not hesitate to contact me.

Sincerely,

Lucinda E. Davis

Enclosures

cc: David E. Carey, Esquire (with enclosure)